*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge



Dated: 4/9/2018

# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **Mollie Ann McNeese, Debtor,** ) | Case No: 17-00316 |
| 150 Hurt Road ) | Chapter 13 |
| Hendersonville, TN 37075 ) | Judge Harrison |
| ) | |
| SSN: XXX-XX-0974 ) | |

## ORDER

    Whereas, the Debtor, by her attorney, filed an amended Motion to Utilize Insurance Proceeds to Pay off Secured Debt. Whereas, no opposition to the Motion was filed per local rule 9013, the motion is hereby approved as follows:

1. The Lienholder (Calvary SPV, LLC) will immediately release title on the 2014 Yamaha scooter title no. 96005176 (associated with proof of Claim 16) to Progressive Insurance for the total loss vehicle and deliver said title to Progressive, PO BOX 94742, Cleveland, OH 44101;
2. Progressive Insurance will make insurance proceeds (cash collateral) for total loss vehicle in approximate amount of $1314.39 payable to the Chapter 13 trustee and deliver said proceeds to the Chapter 13 Trustee, P.O. Box 340019, Nashville, TN 37203-0019, and indicate the name of the debtor (Mollie McNeese) and the case number (17-00316) on the payment;
3. The Chapter 13 Trustee shall disperse the insurance proceeds from Progressive Insurance in the approximate amount of $1,314.39 related to secured collateral (2014 Yamaha Zuma X50 scooter) to pay the secured claim to Calvary SPV, LLC only (Court Claim 16), after any applicable Trustee Commission;
4. The remaining balance of above-referenced claim will continue to be paid through Debtor's Chapter 13 plan per plan terms.

**IT IS SO ORDERED**.

**This order was signed and entered electronically as indicated at the top of the first page.**

**APPROVED FOR ENTRY:**

/s/ Eric K. Fox
Eric K. Fox, #022087
Attorney for Debtor
103 Hazel Path Court, Ste. 6

Hendersonville, TN 37075
Telephone: (615) 264-5695
Fax: (615) 264-5655
eric@ericfoxlegal.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.